JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
   Special Assistant United States Attorney
7       Office of the General Counsel
8       Office of Program Litigation
        Social Security Administration
9       6401 Security Boulevard
10      Baltimore, MD 21235
        Telephone: (510) 970-4861
11      Facsimile: (415) 744-0134
12      Email: Jennifer.Tarn@ssa.gov
13 Attorneys for Defendant

           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
                   WESTERN DIVISION

MICHAEL THOMAS CASTER,      )
         Plaintiff,         ) Case No.: 2:22-cv-07750-SK
                            )
    vs.                     ) **JUDGMENT**
                            )
                            )
KILOLO KIJAKAZI,            )
Acting Commissioner of Social )
Security,                   )
                            )
         Defendant.         )

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.

6  DATED:  3/1/2023

7  HONORABLE JUDGE STEVE KIM
8  UNITED STATES MAGISTRATE JUDGE